# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                   Case No.: 1:13–cr–00772

                                                            Honorable Elaine E. Bucklo

Nathaniel Hoskins, et al.

                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, August 22, 2014:

        MINUTE entry before the Honorable Elaine E. Bucklo: as to Gregory Hawthorne, Jasmine McClain, Marcus Minor. Status hearing reset to 9/18/2014 at 11:20 AM. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.