IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13 CR 772-19 |
| vs. | ) | Honorable Elaine E. Bucklo |
| | ) | |
| GREGORY HAWTHORNE, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO SUPPRESS

Defendant Gregory Hawthorne, by his undersigned lawyer, pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure and the Fourth Amendment of the United States Constitution, and for the reasons set forth in his contemporaneously filed Supporting Memorandum (the contents of which are here incorporated by this reference), moves the Court to enter an Order suppressing all fruits of the search of his apartment conducted by Chicago police officers on March 6, 2013.

Respectfully submitted,

s/Richard H. McLeese
Lawyer for Gregory Hawthorne

Richard H. McLeese
53 W. Jackson Blvd., Suite 1615
Chicago, IL 60604
312/492-7273
312.268.6291 (fax)
RMcleeseLaw@aol.com

## CERTIFICATE OF SERVICE

      The undersigned lawyer hereby certifies that service of the above document was made through the district court's ECF system to opposing counsel on September 10, 2014.

                                              s/Richard H. McLeese
                                              Lawyer for Gregory Hawthorne