# Exhibit A

(3-81) CCMC-1-22

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

## SEARCH WARRANT

On this day, P.O. Varchetto#9031, Chicago Police Department, and John Doe, Complainants have subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

### I therefore command that you search:

Gregory Hawthorne, being a male black with a DOB of 21-Aug-1980, 5'09", 160lbs, IR#1311314

### And the premises:

4123 W Potomac 2nd floor, being a frame converted two flat building, Chicago, IL. COUNTY of COOK

### And seize the following instruments, articles and things:

Approximately 10 firearms including, semi automatic pistols, revolvers, and long guns, ammunition, and any documents showing proof of residency.

### Which have been used in the commission of, or which constitute evidence of the offense of:

Unlawful Use of Weapon by Felon 720ILCS 5/24-1.1(a)

*(handwritten margin notes: 3/5/13 Ask Robert Kline 2:0pm; 2013 SW 5029; Lt. Conway 267; 05 MARCH 2013 19:30)*

I further command that a return of anything so seized shall be made without necessary delay before me or before: or before any court of competent jurisdiction.

JUDGE     Judge's No.

Date and time of issuance: 3/5/13 @ 9:21 PM

Ex. A
1

HTHORN_001-000049

| 50-4 | 12Mar13 |
|---|---|
| COURT BRANCH | COURT DATE |

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS  (3-81) CCMC-1-219
COUNTY OF COOK  THE CIRCUIT COURT OF COOK COUNTY

## COMPLAINT FOR SEARCH WARRANT

I, P.O. Varchetto#9031, Chicago Police Department, 025th District Tact team and John Doe, Complainants now appear before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:

### I therefore command that you search:

Gregory Hawthorne, being a male black with a DOB of 21-Aug-1980, 5'09", 160lbs, IR#1311314

### And the premises:

4123 W Potomac 2nd floor, being a frame converted two flat building, Chicago, IL. COUNTY of COOK

### And seize the following instruments, articles and things:

Approximately 10 firearms, including, semi automatic pistols, revolvers, and long guns, ammunition, and any documents showing proof of residency.

### Which have been used in the commission of, or which constitute evidence of the offense of:

Unlawful Use of Weapon by Felon 720ILCS 5/24-1.1(a)

Complainant says that he has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located upon the person and premises set forth above:

I, P.O. Varchetto#9031 have been a Chicago Police Officer for 12 and a half years an am currently assigned to the 025th district tactical team. During my time as a Chicago Police Officer, I have made hundreds of weapons violation arrests and have personally prepared and executed over 75 search warrants. On 05Mar13, I had occasion to speak with an individual who will now be known as John Doe. John Doe related to me that John Doe was inside the 2nd floor apartment located at 4123 W Potomac within the last 48 hours where John Doe observed a large duffel bag that contained approximately 10 firearms. John Doe further related that while inside the unit, an unknown male black entered the apartment and spoke with Gregory Hawthorne about purchasing a firearm at which time Gregory Hawthorne opened the black duffel bag and showed several firearms to the male black who was inquiring to purchase a gun from Gregory Hawthorne. John Doe observed approximately 10 firearms in total including semi automation pistols,

COMPLAINANT

Subscribed and sworn to before me on 3/5/13 @ 9:21 PM

JUDGE  176  Judge's No.

*(margin annotations): ASA Robert Kline; 3/5/13 20:10; 13SW5029; LT Cuny #267 05 MARCH 2013 1930 HRS*

Ex. A
2

HTHORN_001-000050

| 50-4 | 12Mar13 |
|---|---|
| COURT BRANCH | COURT DATE |

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219

STATE OF ILLINOIS
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

## COMPLAINT FOR SEARCH WARRANT

revolvers, and long guns that were partially exposed hanging out of the duffel bag that was on the floor in the living room. John Doe did not observe the unknown male black purchase a firearm from Gregory Hawthorne while John Doe was inside the 2nd floor apartment at 4123 W Potomac, but did observe the unknown male black leave and all of the firearms were still inside the large black duffel bag on the floor of the living room when John Doe left.

I, P.O. Varchetto, with use of the CLEAR system produced a photo of Gregory Hawthorne IR#1311314 to John Doe at which time John Doe positively identified Gregory Hawthorne. I, P.O. Varchetto drove John Doe past the past the address of 4123 W Potomac where John Doe pointed out the 2nd floor (top floor) as the residence of Gregory Hawthorne. John doe further related that 4123 W Potomac is an illegal conversion of a single family house and that Gregory Hawthorne resides on the 2nd floor with his girlfriend. A criminal history was obtained of Gregory Hawthorne which revealed Gregory Hawthorne to be a convicted felon for PCS under 08CR0387802. Based on the information gathered from John Doe and my experience as a Chicago Police Officer, I believe that probable cause does exist to search Gregory Hawthorne and his residence located at 4123 W Potomac 2nd floor, Chicago, IL. COUNTY of COOK.

John Doe now appears before the undersigned judge and is available for questioning. John Doe's criminal history, including possible pending investigations, if any, have been presented and made available to the undersigned judge.

Subscribed and sworn to before me on 3/5/13 @ 9:21 pm

_COMPLAINANT_

_JUDGE_  _Judge's No._

[handwritten margin notes: ASA Robert Kling 3/5/13 20:10; 13SW5029; LT. Comisky 05 MARCH 2013 1930HRS]

HTHORN_001-000051

Ex. A
3