**Exhibit B**

# CHICAGO POLICE DEPARTMENT
## ORIGINAL CASE INCIDENT REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

RD #: HW180781
EVENT #: 1306500025
Case ID: 9032718  CASR229

### CLEARED CLOSED (ARREST AND PROSECUTION)

**INCIDENT**

IUCR: 143A - Weapons Violation - Unlawful Poss Of Handgun

Occurrence Location: 4123 W Potomac Ave
Chicago IL
290 - Residence

Beat: 2534

Unit Assigned: 2562B
RO Arrival Date: 06 March 2013 00:02
# Offenders: 1

Occurrence Date: 06 March 2013 00:02

**VICTIM - Society / NON OFFENDER**

Name: STATE OF ILLINOIS
Beat: 5100

Demographics
Age: Years

**SUSPECT #1 — In Custody**

Name: HAWTHORNE, Gregory
Res: 4123 W Potomac Ave #2ND
Chicago IL
None
Beat: 2534

Demographics:
Male
Black
5'09,
160 lbs
Brown Eyes
Black Hair
Braids Hair Style
Dark Brown Complexion

DOB: 21 August 1980
Age: 32 years
Birth Place: IL
Suspected of Using: Weapon

**HAWTHORNE, Gregory (Suspect) — GANG INFO**

Affiliation: Member
Gang Identifications: Admission
Gang Name: Imperial Insane Vice Lords

**DOMESTIC INFO**

RD #: HW180781

Ex. B
1

**Chicago Police Department - Incident Report**  RD #: HW180781

### Narcotics #1
Possessor/User: HAWTHORNE, GREGORY

| | | | | | |
|---|---|---|---|---|---|
| Type: | Heroin/White | Location Found: | Pantry | Taken/Stolen? | No |
| Weight: | 42 Grams | Packaging: | Tin Foil Packet(S) | Recovered? | Yes |
| | | Owner: | Gregory Hawthorne | Quantity: | 210 |
| Inventory #: | 12847835 | Container Containing Packages: | Tin Foil With Tape | | |

### Narcotics #2
Possessor/User: HAWTHORNE, GREGORY

| | | | | | |
|---|---|---|---|---|---|
| Type: | Cannabis/Generic | Location Found: | Floor | Taken/Stolen? | No |
| Weight: | 60 Grams | Packaging: | Zip-Lock Plastic Bag(S) | Recovered? | Yes |
| | | Owner: | Gregory Hawthorne | Quantity: | 60 |
| Inventory #: | 12847836 | | | | |

### Narcotics #3
Possessor/User: HAWTHORNE, GREGORY

| | | | | | |
|---|---|---|---|---|---|
| Type: | Cannabis/Generic | | | Taken/Stolen? | No |
| Weight: | 9 Grams | Packaging: | Zip-Lock Plastic Bag(S) | Recovered? | Yes |
| | | Owner: | Gregory Hawthorne | Quantity: | 9 |
| Inventory #: | 12847838 | | | | |

### Firearm #1
Possessor/User: HAWTHORNE, GREGORY

| | | | | | |
|---|---|---|---|---|---|
| Type: | Pistol | | | Duty Related: | No |
| Make: | Springfield Firearms--Us--(Springfield, Ma) | Model: | Xd4c | Taken/Stolen? | No |
| Serial #: | US260237 | Owner Known? | Yes | | |
| Caliber/Gauge: | 40 Caliber | Owner: | Gregory Hawthorne | Displayed? | No |
| Barrel Length: | 4 INCH | | | Used? | No |
| Feature: | Blue Steel | | | Recovered? | Yes |
| | | Registration Status: | Clear | | |
| | | | | Inventory #: | 12847834 |
| Location Found: | Targets Bedroom | # Live Rounds: | 11 | | |

### Property #1
Possessor/User: HAWTHORNE, GREGORY

| | | | | | |
|---|---|---|---|---|---|
| | | | | Used as Weapon? | No |
| | | Inventory #: | 12847840 | Taken/Stolen? | No |
| Description: | Ammunition - 64 Live Rounds, Spent Cartridges, 40 S&W Caliber, | Owner: | Gregory Hawthorne | Recovered? | Yes |
| | | | | Damaged? | No |

### Property #2
Possessor/User: HAWTHORNE, GREGORY

Print Generated By: MARQUEZ, ANDREW (PC0F172)   Page 2 of 4   07-MAR-2013 10:09





Ex. B 2

HTHORN_001-000053

**Chicago Police Department - Incident Report**   RD #: HW180781

| | | | |
|---|---|---|---|
| Type: | Other | Inventory #: 12847839 | Used as Weapon? No |
| | | | Taken/Stolen? No |
| Description: | 1 Letter Showing Proof Of Residency | Owner: Gregory Hawthorne | Recovered? Yes |
| | | | Damaged? No |
| **Property #3** | | | Possessor/User: HAWTHORNE, GREGORY |
| Type: | Other | Inventory #: 12847833 | Used as Weapon? No |
| | | | Taken/Stolen? No |
| Description: | Copy Of Warrant And Photos | Owner: Gregory Hawthorne | Recovered? Yes |
| | | | Damaged? No |
| **Property #4** | | | Possessor/User: HAWTHORNE, GREGORY |
| | | Estimated Value: $1155.00 | Used as Weapon? No |
| | | Inventory #: 12847846 | Taken/Stolen? No |
| Description: | U.S. Currency | Owner: Gregory Hawthorne | Recovered? Yes |
| | | | Damaged? No |
| **Property #5** | | | Possessor/User: HAWTHORNE, GREGORY |
| | | Estimated Value: $1179.00 | Used as Weapon? No |
| | | Inventory #: 12847847 | Taken/Stolen? No |
| Description: | U.S. Currency | Owner: Gregory Hawthorne | Recovered? Yes |
| | | | Damaged? No |
| **Property #6** | | | Possessor/User: HAWTHORNE, GREGORY |
| | | Estimated Value: $1696.00 | Used as Weapon? No |
| | | Inventory #: 12847849 | Taken/Stolen? No |
| Description: | U.S. Currency | Owner: Gregory Hawthorne | Recovered? Yes |
| | | | Damaged? No |

OTHER PROPERTIES




**Chicago Police Department - Incident Report**  RD #: HW180781

EVENT#00025 IN SUMMARY, THE 2562 TACTICAL TEAM EXECUTED SEARCH WARRANT#13SW5029 ALONG WITH THE ASSISTANCE OF SWAT TEAM 4660. OFFICERS KNOCKED AND ANNOUNCED "POLICE SEARCH WARRANT" AND WITH NO RESPONSE MADE A FORCED ENTRY TO THE FRONT OUTER DOOR OF THE RESIDENCE. SWAT TEAM 4660 MADE A FORCED ENTRY THE 2ND FLOOR UNIT AND DETAINED THE OCCUPANTS OF THE RESIDENCE AT WHICH TIME THE 2562 AND 2562 TACTICAL TEAMS ENTERED THE RESIDENCE FOR THE SEARCH. IN PLAIN VIEW ON THE LIVING ROOM FLOOR NEXT TO GREGORY HAWTHORNE(OFFENDER) WAS A TOTOAL OF (60) LOOSE ZIP LOCK BAGS EACH CONTAINING A CRUSHED GREEN PLANT SUSPECT CANNABIS. GREGORY HAWTHORNE(OFFENDER) WAS PLACED UNDER ARREST AND OFFICERS CONTINUED TO SEARCH FOR ILLEGAL CONTRIBAND. OFFICERS RECOVERED FROM THE BEDROOM OF GREGORY HAWTHORNE(OFFENDER) A 40 CAL BLUE STEEL SPRINGFIELD ARMS SEMI AUTO PISTOL LOADED WITH (11) LIVE 40 CAL ROUNDS, PROOF OF RESIDENCY, AND (2) BOXES OF 40 CAL LIVE ROUNDS. RECOVERED FROM THE KITCHEN PANTRY SHELF WAS A TOTOAL OF (210) TIN FOIL PACKETS AFFIXED TO TAPE EACH CONTAINING A WHITE POWDER SUSPECT HEROIN. (9) ZIP LOCK BAGS CONTAINING SUSPECT CANNABIS WERE RECOVERED FROM THE HALLWAY CLOSET. A TOTAL OF $4030.00 USC WAS RECOVERED FROM THE RESIDENCE AND INVENTORIED IN 025. PRE AND POST PHOTOS WERE TAKEN OF THE RESIDENCE. A COPY OF THE SEARCH WARRANT WAS LEFT ON SCENE WITH THE GIRLFRIEND OF GREGORY HAWTHORNE(OFFENDER). A NAME CHECK OF GREGORY HAWTHORNE(OFFENDER) REVEALED AN INVESTIGATIVE ALERT FOR HOMOCIDE. DET DIVISION NOTIFIED (DET HANSON #21162) AND HOLD PAPERS WERE PLACED ON GREGORY HAWTHORNE(OFFENDER) FOR THE HOMOCIDE INVESTIGATION. GREGORY HAWTHORNE(OFFENDER) WAS TRANSPORTED TO 025 FOR PROCESSING. K9 UNIT 4714 CALLED TO 025 FOR A MONEY SNIFF WHICH REVEALED A POSITIVE HIT ON THE USC FOR THE PRESENCE OF NARCOTICS. POST MIRANDA INSIDE THE 025TH DISTRICT STATION, GREGORY HAWTHORNE(OFFENDER) STATED "I BOUGHT THE GUN FROM MY GUY BECAUSE IVE BEEN INTO IT WITH SOME FOUR CORNER HUSTLERS" @0155 HOURS. FELONY REVIEW NOTIFIED WHO APPROVED FELONY UUW BY FELON CHARGES. GUN CLEAR NOT REGISTERED PER GUN DESK GRAY#56860. CHARGES:UUW FELON, PCS, POSS CANNABIS. COURT:50-4 13MAR13.

- STAR#: 9031 NAME: ANTHONY VARCHETTO BEAT: 2562B
- STAR#: 10956 NAME: LENNY PIERRI BEAT: 2561F
- STAR#: 15746 NAME: ERICK SENG BEAT: 2562D
- STAR#: 12024 NAME: JEFFREY SALVETTI BEAT: 2562C
- STAR#: 12656 NAME: MARTIN BRENNAN BEAT: 2565A
- STAR#: 14208 NAME: MICHAEL DEMARCO BEAT: 2562B
- STAR#: 17321 NAME: JOSEPH LIPA BEAT: 2562E
- STAR#: 18308 NAME: ANTHONY JANNOTTA BEAT: 2562D
- STAR#: 4017 NAME: VINCENT STINAR BEAT: 2562C
- STAR#: 7343 NAME: CHRISTOPH MALENOCK BEAT: 2565A
- STAR#: 9118 NAME: AARON DALY BEAT: 2562E
- STAR#: 1582 NAME: ANDREW DOERGE BEAT: 2562
- STAR#: 2215 NAME: VINCENT VIVERITO BEAT: 2565
- STAR#: 16497 NAME: JOSEPH SIMON BEAT: 2565B
- STAR#: 13319 NAME: HECTOR VILLANUEVA BEAT: 4660
- STAR#: 16037 NAME: RICHARD FERENZI BEAT: 4660
- STAR#: 13575 NAME: JOSHUA BOWERS BEAT: 4660
- STAR#: 1729 NAME: JOHN HROMA JR BEAT: 4660
- STAR#: 11967 NAME: JOSEPH FERENZI BEAT: 4660
- STAR#: 11630 NAME: WAGNER MANZO BEAT: 4660
- STAR#: 11280 NAME: LAWRENCE SCHAB BEAT: 4660
- STAR#: 11892 NAME: MICHAEL SEBASTIAN BEAT: 4660
- STAR#: 13648 NAME: JESUS CANO BEAT: 4660
- STAR#: 1149 NAME: ARTURO TORRES BEAT: 4660
- STAR#: 19095 NAME: JOHN ORMOND BEAT: 4660
- STAR#: 15827 NAME: RAFAEL LOPEZ BEAT: 4660
- STAR#: 1925 NAME: THOMAS LAMB JR BEAT: 4660
- STAR#: 5806 NAME: RAMON FLORES BEAT: 4660
- STAR#: 17998 NAME: STEVEN GIMENEZ BEAT: 4660
- STAR#: 17470 NAME: ROBERT BARTLETT BEAT: 4660
- STAR#: 11886 NAME: MICHAEL PANTANO BEAT: 4660
- STAR#: 6589 NAME: LOUIS ROBLES JR BEAT: 4660
- STAR#: 19244 NAME: ORLANDO SANCHEZ JR BEAT: 4660

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 1582 | #11265 | DOERGE, Andrew, N | (PC0S546) | 06 Mar 2013 04:10 | 025 | |
| Reporting Officer | 9031 | #10585 | VARCHETTO, Anthony, F | (PC0U886) | 06 Mar 2013 04:06 | 025 | 2562B |

Print Generated By: MARQUEZ, ANDREW (PC0F172)   Page 4 of 4   07-MAR-2013 10:09



Ex. B
4

HTHORN_001-000055