**Exhibit C**

## STATEMENT OF GREGORY HAWTHORNE

Gregory Hawthorne states as follows:

1. I am the defendant in *United States v. Hawthorne*, No. 13 CR 722-19 (N.D. Ill.).

2. In March of 2013, I was living in an apartment at 4123 W. Potomac (2d Floor), Chicago, with my girlfriend (Tifany Thomas) and her three children (daughter Alize Streeter, who is 14 years old; daughter Alexis Streeter, who is 6; and son Ajhanti Pass, who is 12).

3. Late on the night of Wednesday, March 6, 2013, Chicago police officers forced their way into our apartment and searched it. They arrested me and took me to the station.

4. At no time have I ever had a black duffel bag in that apartment. At no time have I ever had a lot of guns there. At no time have I ever tried to sell someone a gun there. From the Sunday before the search (March 3rd) through that Wednesday night, no one else was ever at the apartment when I was home besides my girlfriend and her children.

Under penalty of perjury I hereby certify, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

\*_____
Gregory Hawthorne

_____
Date

※ Executed copy will be forthcoming.