UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY HAWTHORNE | No. 13 CR 772<br><br>Hon. Elaine E. Bucklo |

## **AGREED PROTECTIVE ORDER**

Upon the unopposed motion of the government, pursuant to Fed. R. Crim. P. 16(d), it is hereby ORDERED:

1. The Court finds that certain discovery materials in this matter should be produced subject to this protective order, in order to protect the integrity of an ongoing investigation and to protect the privacy interests of third parties.

2. The United States shall identify materials ("Protected Documents") subject to this order by marking each page "Attorney's Eyes Only."

3. Protected Documents, and the information contained therein (together "Protected Materials"), may be used solely in connection with the defense of this case and for no other purpose, and in connection with no other proceeding, without further order of this Court.

4. Protected Documents may only be viewed by Richard McLeese, counsel for Mr. Hawthorne. Defense counsel shall not disclose the Protected Materials to his client or to any other person. Defense counsel shall not disclose any notes or records of any kind made from the Protected Materials to his client or to any other person.

5. Upon conclusion of all stages of this case, all Protected Documents, and all other documents derived from the Protected Documents, shall be disposed of in one of three ways, unless otherwise ordered by the Court. The materials may be (1) destroyed; (2) returned to the United States; or (3) retained in defense counsel's case file. The Court may require a certification as to the disposition of any such materials. In the event that the materials are retained by defense counsel, the restrictions of this Order continue in effect for as long as the materials are so maintained, and the materials may not be disseminated or used in connection with any other matter without further order of the Court.

6. Defense counsel shall not incorporate or in any way reveal the contents of the Protected Materials in any public filing or in the public record. Should defense counsel determine that reference to Protected Materials in a pleading is necessary, counsel shall file that pleading under seal. Should defense counsel determine that reference to Protected Materials is necessary in any court hearing, defense counsel shall consult with counsel for the government at least 48 hours in advance of the hearing.

7. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

*Elaine E. Bucklo*

Judge Elaine E. Bucklo
United States District Court
Northern District of Illinois

Dated: February 28, 2017